```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 45917
    DEBRA ODRELL WEST
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-5644


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/14/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/05/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED             1000.00          31.40         1000.00
AMERICAN GENERAL FINANCE  UNSEC W/INTER       1024.10          95.22         1024.10
AMERICAN GENERAL FINANCE  NOTICE ONLY       NOT FILED            .00             .00
DAIMLER CHRYSLER FINANCI  SECURED             2850.00         107.53         2850.00
DAIMLER CHRYSLER FINANCI  UNSEC W/INTER       4220.29         392.16         4220.29
NATIONWIDE ACCEPTANCE~    SECURED              424.44          13.35          424.44
NATIONWIDE ACCEPTANCE~    UNSEC W/INTER       1183.96         109.99         1183.96
10 MINUTE PAYDAY LOANS    UNSEC W/INTER     NOT FILED            .00             .00
AMERICASH LOANS LLC       UNSEC W/INTER       1037.62          96.39         1037.62
CAPITAL SOLUTIONS INVEST  UNSEC W/INTER     NOT FILED            .00             .00
CHARTER ONE BANK          UNSEC W/INTER     NOT FILED            .00             .00
CHARTER ONE BANK          NOTICE ONLY       NOT FILED            .00             .00
CHECK N GO                UNSEC W/INTER     NOT FILED            .00             .00
CORPORATE AMERICA FEDERA  UNSEC W/INTER       1463.45         136.02         1463.45
HARRIS BANK               UNSEC W/INTER     NOT FILED            .00             .00
HARRIS BANK               NOTICE ONLY       NOT FILED            .00             .00
INSTANT CASH INC          UNSEC W/INTER     NOT FILED            .00             .00
MICHAEL MILLER            NOTICE ONLY       NOT FILED            .00             .00
MIDNIGHT VELVET           UNSEC W/INTER        300.07          28.46          300.07
MTI IL                    UNSEC W/INTER     NOT FILED            .00             .00
NATIONAL QUICK CASH       UNSEC W/INTER        129.17          24.36          129.17
PAYDAY ADVANCE            UNSEC W/INTER         50.00           5.16           50.00
PAYDAY LOAN SERVICE       UNSEC W/INTER     NOT FILED            .00             .00
PLAZA FINANCE CO          UNSEC W/INTER        216.40          20.94          216.40
UNIVERSAL LENDERS INC     UNSEC W/INTER       1295.11         120.40         1295.11
WASTE MANAGEMENT          NOTICE ONLY       NOT FILED            .00             .00
WASTE MANAGEMENT          NOTICE ONLY       NOT FILED            .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY         2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                            1,019.06
DEBTOR REFUND             REFUND                                               481.00

     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 45917 DEBRA ODRELL WEST
```

```
-------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  20,076.05

PRIORITY                                             .00
SECURED                                         4,274.44
    INTEREST                                      152.28
UNSECURED                                      10,920.17
    INTEREST                                    1,029.10
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                            1,019.06
DEBTOR REFUND                                     481.00
                         ---------------    ---------------
TOTALS                   20,076.05              20,076.05
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 01/28/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE